PARTOLA MANUFACTURING COMPANY, Respondent, v. THOMAS B. McGOVERN, JR., and Another, Copartners, etc., Appellants. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements; the bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PARTOLA MANUFACTURING COMPANY, Respondent, v. THOMAS B. McGOVERN, JR., and Another, Copartners, etc., Appellants. (Appeal No. 2.) — Order modified as provided in order, and as so modified affirmed, with ten dollars costs and disbursements to respondent; the bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THOMAS KEARN, Respondent, v. JACK ROTHSTEIN and Another, Appellants.— Order modified by providing that subdivision "(2)" of the order for examination be stricken out, and as so modified affirmed without costs; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EDWIN S. RIKER, Appellant, v. VINCENT C. PEPE and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JESSE E. MEAD & Co., INC., Respondent, v. TEEKAY FOOD PRODUCTS Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES M. GRAY MARBLE AND SLATE COMPANY, Respondent, v. EARLINGTON REALTY CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

AXEL W. HALLENBORG v. WILLIAM C. GREENE and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

NATIONAL SURETY COMPANY v. CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOHN BURGER and Others v. PAUL L. WEINER and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HENRY M. HOGAN v. NITROGEN ELECTRIC LAMP COMPANY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HENRY M. HOGAN v. NITROGEN ELECTRIC LAMP COMPANY.— Motion for stay granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ERCOLE VASARIO v. PANAMA RAILROAD COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.